**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**YVONNE LLOYD**                                                                                     **PLAINTIFF**

**v.**                                  **CASE NO. 4:06-CV-01546 GTE**

**DEL-JEN, INC./FLUOR COMPANY, LRJCC**                                         **DEFENDANT**

## JUDGMENT

Upon the basis of the Order of this date granting Defendant's Motion for Summary Judgment, Plaintiff's Complaint must be dismissed with prejudice against Defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant Del-Jen, Inc., and against Plaintiff Yvonne Lloyd.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 3rd day of October, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE